1030

*In the Matter of the Sentence of* KEVIN DUANE MAXSON.

Postsentence petition filed by the Department of Corrections seeking review of a sentencing decision. *Remanded* by unpublished per curiam opinion.

THE STATE OF WASHINGTON, *Appellant*, v. STACEY WASHINGTON, *Respondent*.

Appeal from a judgment of the Superior Court for King County, 99-1-06828-5, Sharon S. Armstrong, J., entered December 16, 1999. *Remanded* by unpublished per curiam opinion.

THE STATE OF WASHINGTON, *Respondent*, v. CHAD MICHAEL WALTON, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 97-1-00015-1, Charles S. French, J., entered July 7, 1998. *Dismissed* by unpublished per curiam opinion.

THE STATE OF WASHINGTON, *Respondent*, v. NYAL FORREST BENNETT, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-1-04781-3, Donald D. Haley, J., entered October 18, 1998. *Dismissed* by unpublished per curiam opinion.